LUKE S. OTIS v. ZERI M. BUTTERS.

FILED NOVEMBER 20, 1895.    No. 5763.

Review: UNAUTHENTICATED TRANSCRIPT: DISMISSAL.    A peti-
tion in error will be dismissed out of this court when founded
upon a transcript not authenticated by the certificate of the clerk
of the trial court.

ERROR from the district court of Dawes county.    Tried
below before KINKAID, J.

*Allen G. Fisher* and *A. W. Crites*, for plaintiff in error.

*C. H. Bane*, contra.

NORVAL, C. J.

Each assignment in the petition in error, as well as every
proposition discussed in the brief, is predicated upon mat-
ters disclosed solely by the supplemental transcript filed by
the plaintiff in error in this court on July 9, 1894, and
which alone contains the purported judgment sought to be
reviewed.    This transcript cannot be recognized by us, in-
asmuch as it is not authenticated by the certificate of the clerk
of the court below, as by statute required.    Following *Moore
v. Waterman*, 40 Neb., 498, and *McDonald v. Grabow*, 46
Neb., 406, decided herewith, the petition in error is dis-
missed.

DISMISSED.